

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015
Case Number WR-82,070-01
APLAND, DUSTIN MICHAEL
COA No.   Tr. Ct. No. 42,377-B-H-1
Gregg County, 124th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I,_____,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on _____1-9-15_____ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk